# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OWNERS INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 3:21-cv-1657-JPG |
| | ) |
| MICHAEL COOK and MICHAEL SCHUSTER, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**MONICA A. STUMP, Clerk of Court**

**Dated: February 10, 2023**           **s/Tina Gray, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**